**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., | ) | |
| | ) | Case No.: 20-cv-5015 |
| Plaintiff, | ) | |
| | ) | Judge Martha M. Pacold |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE A | ) | |
| HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by THOSE CHARACTERS FROM CLEVELAND, LLC. ("Plaintiff" or "Care Bears") against the defendants identified in the attached First Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Care Bears Trademark and Copyrights.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114, et seq.), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Care Bears Trademark and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not

a genuine Care Bears Product or is not authorized by Plaintiff to be sold in connection with the Care Bears Trademark and Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Care Bears Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Care Bears Trademark and Copyrights;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Care Bears Trademark and Copyrights and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Care Bears Trademark and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

g. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product

3

bearing the Care Bears Trademark and Copyrights or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine Care Bears Product or is not authorized by Plaintiff to be sold in connection with the Care Bears Trademarks or Copyrights.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff' choosing:

    a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Care

Bears Trademark and Copyrights, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Care Bears Trademark and Copyrights; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified in Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Care Bears Trademark and Copyrights on products sold through at least the Defendant Internet Stores.

5. Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress and Alipay is ordered to release to Plaintiff the amounts from Defaulting Defendants' Amazon accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress and Alipay in the event that any new Aliexpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress and Alipay shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts;

   b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' Aliexpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

   a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

   b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

6

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand-dollar ($10,000) surety bond posted by Plaintiff, is hereby released. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: April 26, 2021

/s/ Martha M. Pacold
The Honorable Martha M. Pacold
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | Korean Pop Store |
| 2 | KPOP Apparel Dropshipping Store |
| 3 | SARACOCO Official Store |
| 4 | ON_WHITE Store |
| 5 | Shop5377119 Store |
| 6 | TOFF_WHITE Store |
| 7 | Lord Costume Store |
| 8 | Shop5737261 Store |
| 9 | Ahegao Official Store |
| 10 | AK112 Store |
| 11 | ANSF X Apparel Store |
| 12 | Bebobsons offer Store |
| 13 | CINESSD Store |
| 14 | COSANIMAL Official Store |
| 15 | Hiawatha Official Store |
| 16 | JXYSY Women Store |
| 17 | kigurumi Adult Store |
| 18 | Meow Girl |
| 20 | NYOOLO Store |
| 21 | PI PI XIA TShirt Store |
| 24 | Shop2793156 Store |
| 25 | Shop3662079 Store |
| 26 | Shop5017004 Store |
| 27 | Shop5373254 Store |
| 28 | Tender Store |
| 29 | THE ANSWER Store |
| 30 | vague Store |
| 31 | Women HARAJUKU Store |
| 32 | wsjq Store |
| 33 | xuanisan'dreamy Store |
| 34 | YEELOCA Store |
| 35 | YouGeMan Your Harajuku Store |
| 36 | Shop5241043 Store |
| 37 | Shop5362148 Store |
| 38 | ^-^communication ^-^ Store |
| 39 | 10W Dollar Store |
| 40 | AADream Store |
| 41 | AMY Phone Case Store |
| 42 | AXBETY Official Store |

8

| 43 | be worth Store |
|----|----------------|
| 44 | Camilla TF Store |
| 45 | Casegoodbuy Store |
| 46 | GR8 Vibes Store |
| 47 | Green Global Store |
| 49 | HiDREAM Store |
| 50 | Kaku Mone Store |
| 51 | Licoers Store |
| 52 | New Star Trading Company |
| 53 | Okme Store |
| 54 | Shenzhen OK Technology Co., Ltd. |
| 55 | Shop3249111 Store |
| 56 | Shop5429343 Store |
| 58 | YANWEI Store |
| 59 | YUANLAM YOARA Store |
| 60 | Abmos Store |
| 61 | classic AJ Store |
| 62 | COMD 01 Store |
| 63 | Damaitemai Store |
| 64 | Fortune Station Store |
| 65 | Ivits Store |
| 66 | JIEYU01 Store |
| 67 | MBX Store |
| 68 | M-Goodia Store |
| 69 | Miky Store |
| 70 | Mjbang Store |
| 71 | Peipeng2 Store |
| 72 | PIPISZ Store |
| 73 | Professional Lanyard House Store |
| 74 | SDUXAPN Store |
| 75 | Shop5007427 Store |
| 76 | Shop5786142 Store |
| 77 | Shop5788976 Store |
| 78 | Street YCase Store |
| 79 | yonghotsales45 Store |
| 80 | Zhao Bingling. Mobile phone accessories Store |
| 82 | Baifengchaoyang Store |
| 83 | Beautiful Life Backdrop Store |
| 84 | Ding Dang Trading Decor Store |
| 85 | Fullcang Diamonds Painting Factory Store |
| 86 | GATYZTORY Offcial Store |

9

| 87 | GATYZTORY Shiny Store |
| 88 | HOMFUN Store |
| 89 | Jiachuang Store |
| 90 | judy shop Store |
| 91 | Mehofoto Backdrop Store |
| 92 | NeoBack Official Store |
| 93 | Oneself Design 005 Store |
| 94 | PENGLEI Store |
| 95 | Photo background backdrop Store |
| 96 | Shop4665035 Store |
| 97 | Touoilp Spuare Drill&Round Drill Store |
| 98 | Yun Art Store |
| 99 | ZhuiStar Official Store |
| 100 | Happiness bus Store |
| 101 | Shop5498058 Store |
| 102 | DMW Store |
| 103 | Shop5208011 Store |
| 104 | C6H12O6 Store |
| 105 | LoveYourHome Store |
| 106 | BaoChenYi Store |
| 107 | Blinghero Fandom Store |
| 108 | EKIND Official Store |
| 109 | Koala Store |
| 110 | LEOSHUO Store |
| 111 | SNAKE98 Store |
| 112 | Trendy houseware Store |
| 113 | tutuyou Official Store |
| 114 | You Ku Bao Bei Official Store |
| 115 | kidjoy Store |
| 116 | louise baby Store |
| 117 | Anime Fantasy Store |
| 118 | Everything For Your Baby Store |
| 119 | GYKZ fun houes 02 Store |
| 120 | Monokweepiy Augustkun Romantic Dating Store |
| 121 | Shop5434270 Store |
| 122 | Shop5498023 Store |
| 123 | Toy Toy Store |
| 124 | Vena Trading Co, Store |
| 125 | Beautiful Decoration Industry Store |
| 126 | Classical Jewelry Wholesale |
| 127 | DMLSKY Official Store |

| 129 | Jotome Jewelry Co., Ltd |
|---|---|
| 131 | LaVixMia Factory Store |
| 133 | Shop4580021 Store |
| 134 | Vnistar Factory Store |
| 135 | JATY Store |
| 136 | Shop Insulation tea set Store |
| 137 | BUQUAN Store |
| 138 | CLSC Bathroom Store |
| 139 | LvJoJo Store |
| 140 | WND Co Ltd |
| 141 | YaFan Store |
| 142 | Lord's Costume Store |
| 143 | MHOO Store |
| 144 | N&B Costume Store |
| 145 | Shop5073486 Store |
| 146 | Funny Shirt Store |
| 147 | HKSNG Official Store |
| 148 | Memune Costumes Store |
| 149 | Baa Store |
| 150 | Eastknight Official Store |
| 151 | FengTeng Store |
| 152 | Mulanren Fandom Store |
| 153 | Viking Official Store |
| 154 | WholesaleZONE Store |
| 157 | Blinghero Official Store |
| 159 | home gaga Official Store |
| 161 | AQQ Accessories |
| 162 | DoYu Store |
| 163 | Grosatin Store |
| 164 | Qingdao HanYuan_H Ribbon Store |
| 165 | Shop2974021 Store |
| 166 | China Painting Material & School Supplies Store |
| 167 | Markers Drawing Store |
| 168 | Ali-House Improvement Store |
| 169 | Alisa Garden Store |
| 170 | Amelyfavor Funny Party Store |
| 171 | Art hall Store |
| 172 | C-BAG Store |
| 173 | Colorful SHINE. DREAM Official Store |
| 174 | davidangie2 Store |
| 175 | Eastknight Patch Store |

11

| 176 | Faerie Store |
|-----|--------------|
| 177 | Fan Xi Store |
| 178 | FORUDESIGNS - Mr. Pets Art Stylish Store |
| 179 | FORUDESIGNS WORKGROUP store |
| 180 | JooyooOffice Store |
| 181 | Kawaii Bags Store |
| 183 | papa-leton Store |
| 184 | PGY HEHUOREN Clothes Decor Store |
| 185 | Playgirl Store |
| 186 | rainbow ribbon |
| 187 | Shiny Fabric Store |
| 188 | Shop4423122 Accessories Store |
| 189 | Shop5786984 Store |
| 190 | YQ Global Book Stationery Store |